UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DONALD MCCALLISTER,

Petitioner,

v.

BRIAN E. WILLIAMS, et al.,

Respondents.

Case No. 2:18-cv-01140-JCM-EJY

ORDER

This action is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 11, 2022, this court granted respondents' motion to dismiss in part and directed McCallister to respond to the order with respect to his unexhausted claims within 30 days (ECF No. 52).

McCallister has filed an unopposed motion for extension of time to comply (ECF No. 53). Good cause appearing,

**IT IS ORDERED** that petitioner's motion for extension of time to respond to this court's order dated February 11, 2022 (ECF No. 53) is **GRANTED**. Petitioner must file his response on or before **May 10, 2022**.

DATED: March 11, 2022.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

1