UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DONALD MCCALLISTER,<br><br>　　　　　　　Petitioner,<br>　v.<br>BRIAN E. WILLIAMS, et al.,<br><br>　　　　　　　Respondents. | Case No. 2:18-cv-01140-JCM-EJY<br><br>ORDER |

Respondents seek an extension of time to file their answer to the remaining claims in Donald McCallister's 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 60.) They indicate that petitioner does not oppose the request. The court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that respondents' second motion for extension of time to file an answer to the petition (ECF No. 60) is **GRANTED**. **The deadline to file the answer to the petition for writ of habeas corpus is extended to August 26, 2022**.

DATED: June 30, 2022.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE