UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONALD MCCALLISTER,<br><br>Petitioner,<br>v.<br>BRIAN E. WILLIAMS, et al.,<br><br>Respondents. | Case No. 2:18-cv-01140-JCM-EJY<br><br>Order Granting Extension of Time to File Reply to Answer to January 9, 2023<br><br>(ECF No. 67) |

28 U.S.C. § 2254 habeas corpus petitioner Donald McCallister asks for an extension of time to file a reply in support of his petition. (ECF No. 67.) Good cause appearing,

**IT IS ORDERED** that petitioner's unopposed motion for extension of time to file a reply in support of the petition (ECF No. 67) is **GRANTED. The deadline to file the reply is extended to January 9, 2023**.

DATED: November 16, 2022

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

1