UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONALD MCCALLISTER,<br><br>　　　　Petitioner,<br>v.<br>BRIAN E. WILLIAMS, et al.,<br><br>　　　　Respondents. | Case No. 2:18-cv-01140-JCM-EJY<br><br>**Order Granting Extension of Time to Respond to Motion for Evidentiary Hearing to February 17, 2023**<br><br>**(ECF No. 72)** |

Respondents move the court for an extension of time to respond to 28 U.S.C. § 2254 habeas corpus petitioner Donald McCallister's motion for an evidentiary hearing. (ECF No. 72.) Good cause appearing,

**IT IS ORDERED** that respondents' unopposed motion for extension of time to file a response to the motion for evidentiary hearing (ECF No. 72) is **GRANTED. The deadline to file the response is extended to February 17, 2023**.

DATED: 19 January 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE